## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50014 - 2 | **DATE** | 3/21/2008 |
| **CASE TITLE** | USA vs. HOLLEWELL | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Pursuant to request of defendant, arraignment and initial appearance proceedings continued to March 27, 2008 at 1:30 pm.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | GG |
|---|---|---|