# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50014 - 2 | **DATE** | 3/27/2008 |
| **CASE TITLE** | USA vs. Steven Hollewell | | |

**DOCKET ENTRY TEXT:**

Arraignment/initial appearance proceedings held. Defendant appears in response to notice with retained counsel. Defendant enters plea of not guilty to indictment. Defendant informed of rights. 16.1 conference to be held by April 3, 2008. Defendants's oral motion for time to May 5, 2008 to file pretrial motions is granted. USA's oral motion for the time of March 27, 2008 to and including May 5, 2008 to be deemed excludable under 18 USC 3161(h)(1)(X-E) is granted. Status hearing set for May 5, 2008 at 10:30 a.m. Bail hearing held. Enter order setting conditions of release.

Notices mailed by Judicial staff.

00:15

FILED

MAR 2 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | LW |
|---|---|---|