# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50014 - 1&2 | **DATE** | 5/5/2008 |
| **CASE TITLE** | USA vs. MARVIN PEUGH AND STEVEN HOLLEWELL | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defendant's oral motion for an extension of time to June 23, 2008 to file pretrial motions is granted. USA's oral motion for the time of May 5, 2008 to and including June 23, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for June 23, 2008 at 10:30 am.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|